IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO: 1:07-CV-00381

| | |
|---|---|
| UNITED VAN LINES, L.L.C ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT** |
| v. ) | |
| ) | |
| ALLEN MORLOCK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to the Entry of Default signed and filed May 7, 2008, Defendant Allen Morlock has failed and refused to respond to Complaint alleging Defendant is indebted to the Plaintiff for a sum certain in the amount of Eight Thousand Three Hundred Forty-eight Dollars and Sixteen Cents ($8,348.16), together with interest thereon at the legal rate from the date of this judgment until paid, and for the costs of this action in the amount of Three Hundred Fifty Dollars ($350.00);

AND IT APPEARING TO THE COURT from the record herein that the Default of said Defendant was duly entered according to law; therefore, upon request of the Plaintiff, judgment is hereby entered against the Defendant Allen Morlock pursuant to the prayer for relief stated in the Complaint.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff have and recover of the Defendant Allen Morlock, the sum of Eight Thousand Three Hundred Forty-eight Dollars and Sixteen Cents ($8,348.16), together with interest thereon at the legal rate, from even date herewith until paid, and for costs of this action in the amount of Three Hundred Fifty Dollars ($350.00).

Signed: June 25, 2008

Frank G. Johns, Clerk
United States District Court